

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:           01-13-0805-CR

Style:           Rodney Carnell Mays

          v The State of Texas

Date motion filed*:           April 24, 2014

Type of motion:           Motion to Withdrawal Appeal

Party filing motion:           Appellant

Document to be filed:

Is appeal accelerated?     Yes

If motion to extend time:
    Original due date:
    Number of previous extensions granted:           Current Due date:
    Date Requested:

Ordered that motion is:

☐     Granted

        If document is to be filed, document due:

        ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

☐     Other: _____

**Appellant filed a "Motion to Withdraw Appeal." The Court construes the motion as a motion to dismiss the appeal. Both appellant and his attorney must sign a motion to dismiss, which must be filed in duplicate with the Clerk of this Court. *See* TEX. R. APP. P. 42.2(a). Because appellant did not sign the motion, appellant's motion to dismiss is DENIED. *See id.* The Court will consider a properly filed motion to dismiss, if one is filed.**

Judge's signature:   /s/ Justice Evelyn V. Keyes
            ☒ Acting individually     ☐ Acting for the Court

Panel consists of   _____

Date: May 13, 2014